PD-1500-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/18/2015 4:36:26 PM
Accepted 11/20/2015 11:24:17 AM
ABEL ACOSTA
CLERK

In The Texas Court of Criminal Appeals

FILED IN
COURT OF CRIMINAL APPEALS

November 20, 2015

ABEL ACOSTA, CLERK

************************************************************

THE STATE OF TEXAS,

APPELLANT

V.

LACI RENA WRIGHT,

APPELLEE

************************************************************

On Appeal From The Court of Appeals
Eleventh Judicial District, Eastland, Texas
Cause Number 11-13-00061-CR
The 42nd Judicial District Court of Taylor County, Texas
Honorable John Weeks, Presiding Judge
Trial Court Cause Number 24602-A

************************************************************

**STATE'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

************************************************************

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State of Texas, by and through its Assistant Criminal District Attorney, moves the Court for extension of time to file its Petition for Discretionary Review in the above-entitled and numbered cause, and shows:

I.

This Petition stems from an opinion of the 11th Court of Appeals dated September 17, 2015 finding the evidence insufficient

1

to support Appellee's conviction for two counts of injury to a child by omission. The State filed a Motion for Rehearing with the 11th Court of Appeals on October 2, 2015, which was denied on October 22, 2015.

## II.

The State's Petition for Discretionary Review is due on November 23, 2015. This is the State's first motion for extension. Counsel for the State took over the case load for the retiring appellate division assistant district attorney as of Monday, August 31, 2015, and is the sole criminal appellate attorney for the Taylor County District Attorney's Office. Counsel for the State has been engaged in the preparation and filing of a Petition for Discretionary Review in the Texas Court of Criminal Appeals, *State of Texas v. Phillip Devon Deen*, PD-1484-15, Court of Appeals No. 11-13-00271. This State's petition was due and timely filed in this Court on Monday November 16, 2015. Because current counsel was not the attorney who initially filed the State's Brief in the 11th Court of Appeals in that case, researching the case law and becoming familiar with the facts of that case took more time than it otherwise

might have. Counsel has also been engaged in the preparation and filing of the State's Brief in *Ex Parte Jackie David Alvarez,* 11-15-00201-CR, which was filed in the 11th Court of Appeals on Tuesday November 17, 2015; this was an accelerated appeal. Counsel for the State further has two briefs currently due in the 11th Court of Appeals that have each been previously reset once: *In the Interest of R.W. and R.W, children*, 11-15-00234-CV, due on November 25, 2015, and *In the Interest of J.N., a Child*, 11-15-00184-CV, due on November 30, 2015. These cases involve termination of parental rights and are accelerated appeals. The State further has a brief due in the 11th Court of Appeals on November 27, 2015 in the case of *Ricky Glen White, Jr. v. State of Texas*, 11-15-00111-CR; this case has already been reset once. Counsel for the State also has a brief due in the 11th Court of Appeals on December 9, 2015 in *Joseph Tyrone Nichols v. State of Texas,* 11-15-00005-CR and 11-15-00006-CR; this case has also already been reset once. Counsel further has a brief due in the 11th Court of Appeals on Friday, November 20, 2015, *Lenora Chante Laurence v. State of Texas,* 11-15-00072-CR; because this case is comparatively recent, counsel

for the State has on this date filed a First Motion for Extension of Time with the 11th Court of Appeals in this case. The State requests a 30 day extension.

III.

This request for extension of time is not made solely for the purpose of delay, but only that justice may be served. Wherefore, the State respectfully requests this Court grant its extension of time.

Respectfully submitted,

James Eidson
Criminal District Attorney
Taylor County, Texas
300 Oak Street
Abilene, Texas 79602
325-674-1261
325-674-1306 FAX

BY:   /s/ Britt Lindsey
Britt Lindsey
Assistant District Attorney
Appellate Section
400 Oak Street, Suite 120
Abilene, Texas 79602
325-674-1376

325-674-1306 FAX
State Bar No. 24039669
Attorney for the State

## CERTIFICATE OF COMPLIANCE

I, Britt Lindsey, affirm that the above motion is in compliance with the Rules of Appellate Procedure. The font size in the body of the motion is 14 pt. The word count is 760 including the entire motion.

/s/ Britt Lindsey_____
Britt Lindsey

## CERTIFICATE OF SERVICE

I certify that on this 18th Day of November, 2015, a true copy of the foregoing State's First Motion for Extension of time was served on the attorney of record on appeal according to the requirements of law by hand delivery to:

Stan Brown
Attorney at Law
P. O. Box 3122
Abilene, Texas 79604

Attorney for Appellant, Laci Rena Wright

/s/ Britt Lindsey_____
Britt Lindsey